# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER LAWSHEA, | CASE NO. 1:06-cv-00037 REC TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Lester Lawshea ("claimant" or "plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying his claim for disability benefits under the Social Security Act ("Act").  Claimant filed his complaint on January 9, 2006.  (Doc. 1).

A Scheduling Order issued on January 11, 2006.  (Doc. 6).  Pursuant to the Scheduling Order, claimant was required to serve his complaint upon the Commissioner within 20 days after filing of his complaint, specifically, by January 30, 2006.  (See Doc. 6 at ¶ 1).  To date, however, claimant has not complied with the Scheduling Order in this respect.  No proof of service of the claimant has been filed. Therefore, claimant shall be ordered to show cause why this action should not be dismissed for failure to prosecute.

Based on the foregoing, the Court HEREBY ORDERS that, within twenty (20) days of the date of service of this Order, claimant shall show cause, in writing, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **March 28, 2006**                                        /s/ Theresa A. Goldner
**j6eb3d**                                                           UNITED STATES MAGISTRATE JUDGE

1