IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER LAWSHEA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>             Defendant.<br>_____/ | CASE NO. 1:06-cv-00037 TAG<br><br>ORDER DISCHARGING ORDER TO<br>TO SHOW CAUSE<br><br>(Doc. 7). |

The Court having received "Proof of Service of Summons and Complaint" (Doc. 8), and good cause appearing, it is hereby

ORDERED that the Court's Order to Show Cause Why Action Should Not Be Dismissed For Failure to Prosecture (Doc. 7) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 22, 2006**                              **/s/ Theresa A. Goldner**
**j6eb3d**                                                             UNITED STATES MAGISTRATE JUDGE

1