**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESTER LAWSHEA,<br><br>        Plaintiff,<br><br>      v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 1:06-cv-00037 TAG<br><br>ORDER TO SHOW CAUSE WHY<br>SANCTIONS SHOULD NOT BE<br>IMPOSED FOR FAILURE TO FILE<br>OPENING BRIEF |

Plaintiff Lester Lawshea ("plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its January 11, 2006 Scheduling Order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA"). The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (Court Doc. 6).

On July 11, 2006, the SSA filed its notice of lodging of the administrative record to initiate the briefing. (Doc. 13). The Court calculates October 16, 2006 as the deadline to file and serve plaintiff's opening brief. Plaintiff has filed no opening brief in compliance with this Court's orders.

Accordingly, this Court ORDERS plaintiff, no later than January 21, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders. This Court will vacate this Order to Show Cause if plaintiff files and serves his opening brief no later than January 16, 2007.

///

///

1 **Plaintiff is admonished that failure to timely comply with this order will result in**
2 **sanctions, which may include monetary sanctions, issue sanctions, an order striking the**
3 **complaint, and/or an order dismissing this action.**
4
5 IT IS SO ORDERED.
6 Dated:   **December 28, 2006**                                    /s/ Theresa A. Goldner
  **j6eb3d**                                                          UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28