IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER LAWSHEA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-00037 TAG<br><br>ORDER DISCHARGING ORDER TO TO SHOW CAUSE<br><br>(Doc. 17). |

　　　　The Court having received simultaneously "Plaintiff's Opening Brief" and Plaintiff's "Response to Order to Show Cause" (Docs. 18, 19), and good cause appearing, it is hereby

　　　　ORDERED that the Court's Order to Show Cause Why Sanctions Should Not Be Imposed For Failure to File Opening Brief (Doc. 17) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 31, 2007**　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1